

I/S 21

FILED
CLERK, U.S. DISTRICT COURT

08/14/14

CENTRAL DISTRICT OF CALIFORNIA
BY: SB                    DEPUTY

TANDY JONES

6429 WOODMAN AVENUE

VAN NUYS, CA 91401

(818) 392-9731

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

TANDY JONES                         )   Case No. 8-14-cv-1276 JVS-ANx
                                    )
                                    )
                    Plaintiff,      )   **COMPLAINT FOR:**
                                    )
        VS.                         )   FAIR DEBT COLLECTION
                                    )
CASHCALL INC                        )   FAIR CREDIT
                                    )   REPORTING ACT
                                    )
                                    )   CAL CIV. CODE § 1785.25
                                    )
                                    )   ROSENTHAL ACT
                                    )
                                    )   **Jury Trial Demanded:** Yes
**DEFENDANT(S).**                   )
                                    )
_____

**I. JURISDICTION**

1.  This Court has jurisdiction under:  15 U.S.C. sec. 1692 k (d), 15 U.S.C.

sec. 1681(p)(b), and 28 U.S.C. sec. 1331,1337

1

## II.   VENUE

2.  Venue is proper pursuant to:  28 U.S.C. sec. 1391(b) where the acts and transaction giving rise to plaintiff's action occurred in the district, where plaintiff resides in this district, and / or where defendant transact business in this district.

## III.   PARTIES

3.  Plaintiff's name is: Tandy Jones Plaintiff resided at: 6429 Woodman Avenue  Van Nuys, California 91401. Is a consumer within the  meaning of 15 U.S.C. sec. 1692 a (3), 15 U.S.C.§ 1681 a (c).

4.  Defendant: CASHCALL INC.  resides at  6429 WOODMAN AVENUE is a "debt collector" within the meaning of 15 U.S.C. sec 1692 a (6).

5.  Defendant regularly engage in debt collection as that term is defined in California Civil Code § 1788.2. Defendant and each of them are a debt collector As that term is defined by California Civil Code § 1788.2(o) and each Defendant is a "person" as that term is defined by California Civil Code § 1788.2 (g)

## FINDING AND PURPOSE OF
## CALIFORNIA CIVIL CODE § 1788 et seq., the  RFDCPA

6.  The California Legislature made the following findings and purpose in creating Civil Code § 1788, the RFDCPA:

2

(1) The banking and credit systems and grantors of credit to consumers are dependent upon the collection of just and owing debts. Unfair or deceptive collection practices undermine the public confidence which is essential to the continued functioning of the banking and credit system and sound extensions of credit to consumers.

(2) There is a need to ensure that debt collectors and debtors exercise their responsibilities to one another with fairness, honesty and due regard for the rights of the other.

(3) It is the purpose of this title to prohibit debt collectors from engaging in unfair or deceptive acts or practices in the collection of consumer debts and to require debtors to act fairly in entering into and honoring such debts, as specified in this title.

7.  On September 3, 1999, "urgency legislation" was passed adding Civil Code § 1788.17 to the RFDCPA which incorporated therein nearly all of the provisions of the Federal Fair Debt Collection Practices Act ("FDCPA") which also superceded numerous provisions of the RFDCPA, such as Civil Code § 1788.14, to the extent inconsistent, and which was enacted in 1977.

8. The United States Congress has made the following **findings** and declaration of **purpose** under the **FDCPA:**

**(a)**  Abusive practices. There is abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors. Abusive debt collection practices contributes to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy.

**(b)**  Inadequacy of laws. Existing laws and procedures for redressing these injuries are inadequate to protect consumers.

**(c)**  Purposes. It is the purpose of this title [ 15 U.S.C. §§ 1692 et seq.] to eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses.

## IV.   STATEMENT OF FACTS

9.  Comes now TANDY JONES who does hereby file this complaint for damages of 15 U.S.C. sec. 1692, et seq. (FDCPA) and the California Rosenthal Act, Civil Code sec. 1788 et seq. 15 U.S.C. sec. 1681 et seq. (FCRA) based upon defendant(s) violations of the Fair Debt Collection Practices Act, Rosenthal Act and Fair Credit Reporting Act.

10. Plaintiff obtained his consumer reports from the three major credit reporting agencies September 2013 and found entries by entities that he was

4

unfamiliar with in the report. Plaintiff found after examination of his Transunion, Experian consumer credit reports that defendant CASHCALL INC. had obtained Plaintiff consumer credit reports around September 2013 and has continuously reported to date.

11. Experian, Transunion, Equifax, is a credit reporting agency within the meaning FCRA 15 U.S.C. 1681a (f).

12. Consumer credit report is a consumer report within the meaning of the FCRA 15 U.S.C. sec. 1681a (d).

13. The FCRA 15 U.S.C. sec. 1681b defines the permissible purposes for which a person may obtain a consumer credit report. As to the Defendant account # 34… Alleged $ 1,874.00 Disputed with the 3 credit bureaus by the plaintiff, the Plaintiff is/ was not at any given time involved in the any related underlying credit transaction with the defendant. Plaintiff has not at any given time initiated the any transaction, nor has Plaintiff participated in the any transaction in writing or otherwise that warrant validation for said alleged debt or credit pull.

14. The FDCPA states that information reported must be accurate and complete; updated and verifiable. I have exhausted all recourses provided for

resolution of erroneous information and still the information remains on my

consumer report. It is evident that the information reported cannot be verified and

therefore must be deleted as required. Pursuant to the FDCPA, if no proof of debt

exists and the information reported is not verifiable, it may not be furnished to

the consumer reporting agencies nor reported by them.

15. Defendant regularly engaged as furnishers of consumers Transunion,

Experian, Equifax credit file, such permissible purposes as defined by 15

U.S.C.§ 1681b are generally if the consumer makes application for credit, makes

application for employment, for underwriting of insurance involving the

consumer, or is offered a bonafide offer of credit as a result of the pull.

16. Specifically, Plaintiff credit bureaus disputes September 2013, and again

May 2014 followed by 2 letters disputing the validity of the alleged account

debts(s) as well bbb complaint based on among other things, the statute of frauds,

standing in light of securitizations, set off rights and other state and federal

statutes;

17. Ensure that creditors comply with Civil Code § 1785.25 (a) and correctly

and accurately report to credit reporting agencies information about Plaintiffs'

account(s), and fact that the enforceability was disputed;

18.Eliminate personal liability  using Title 11 of the U.S. Code;

19.Ensure that creditors comply with Civil Code § 1785.25 and the Fair Credit Reporting Act (FCRA).

20. Plaintiff  has never had any business dealings or any accounts with made application for credit from, made application for employment with, applied for insurance from or received a bonafide offer of credit from the defendant that constitute a any contract.

21. Plaintiffs written orders to Defendant specifically provided the following:

a.) advised that Plaintiff disputed the validity of the debt; and or alleged accounts(s)

b.) advised that Plaintiff be sent the authorization validating the proof of alleged debt and/or alleged account. Proof of original billing statements

c.) Defendant provide proof of ownership that the alleged account is the legal property CASHCALL INC.with all the original creditors rights and privilege intact upon pulling of Plaintiff credit file.

22. Defendant CASHCALL INC. obtained the plaintiff consumer credit reports without consent in violation of the FCRA 15 U.S.C. sec. 1681b. Defendant failure to conduct an investigation properly of the SEPTEMBER  2013, and again the MAY 2014 dispute from the 3 credit Bureau

7

and take any remedial actions of the SEPTEMBER 2013, and the May 2014

reinvestigation procedure under § 1681s-2(b) after notification of Plaintiff

dispute; Said actions by defendant holds liable in favor to Plaintiff reward/relief

damages as a matter of law plaintiff Transunion, Experian, Equifax record

thereby reducing plaintiff credit score, and loss of societal pleasures.

22. On September 09, 2013, and JULY 16, 2014 Plaintiff sent via United

States Postal Service Certified Mail # 7013 1710 0001 2662 1551

on 07/16/2014 and 7013 1710 0001 2661 1470 letters

requesting formal debt validation/ illegal pull. This was in an effort to

mitigate damages in obtaining Plaintiff's credit report before taking civil action

in accordance with (FDCPA) 15 U.S.C. sec. 1692g, 1681b, 1788 et seq.

Plaintiff notice included defendants violations of the (FCRA)15 U.S.C. sec.

1681b. A

23. As of August 11, 2014 Plaintiff has received no correspondence to

said notices sent to Defendant. The actions of the Defendant obtaining consumer

credit report with no validation for permissible purposes or contract bearing

signature between defendant and plaintiff consent, are clear and unreasonable

violations of FCRA, 15 U.S.C.§ 1681b and an illegal practices against

Plaintiff's right to privacy.

8

24  Plaintiff disputed with (3) credit reporting agency's from the month of SEPTEMBER 2013 and AUGUST 2014 complaints with the BBB. Defendant at no time has communicated with Plaintiff what justification they may have had by obtaining Plaintiff credit profile. Plaintiff have given ample opportunity for Defendant to justify their action, the SEPTEMBER 09, 2013 sent letter. The JULY 16, 2014 second notice letter upon 10 day response. Defendant has failed to respond to said notice.

25. The defendant had a duty to properly ascertain if there was any legitimate purpose before obtaining Plaintiff's credit report and Defendant breached said duty by failing to do so. There was no account that the defendant had any right to collect to have had permissible purpose to obtain Plaintiff's credit report and therefore Plaintiff is entitled to damages for breach of said duty.

26.  Plaintiff discovery of violations brought forth herein occurred in March 2014 and are within the statute of limitations as defined in the FCRA, 15 U.S.C. sec.1681p FDCPA 15 U.S.C. sec. 1692k (d).

## V.  CAUSES OF ACTION
## FIRST CAUSE OF ACTION

Violations of FDCPA 15 U.S.C. 1962 e,f,g

**(As against Defendant(s):** CASHCALL INC.

27. Plaintiff re-alleges and incorporates paragraphs 9-26. Plaintiff is a Consumer within the meaning of the FDCPA 15 U.S.C. sec. 1692a(3) Defandants are debt collectors within the meaning of FDCPA 15 U.S.C. sec 1692a(6).

28. Plaintiff re-alleges and incorporates paragraph 9-26. Based on the foregoing consumer credit reports. The Defendant Is violating FDCPA and FCRA violations include but are not limited to the following: CASHCALL INC. violated 15 U.S.C. sec. 1692e(10) by the use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning consumer.

29. Plaintiff re-alleges and incorporates paragraph 9-26. CASHCALL INC. violated 15 U.S.C. sec. 1692d by engaging in conduct the natural consequences of which is to harass, oppress, or abuse any person.

30. The foregoing act(s) by Defendant were willful and knowing violations of Title 1.6 of the California Civil Code  (RFDCPA), are sole and separate violations under California Civil Code  section § 1788.30 (b) and trigger a penalty of up to $ 1,000.00 per plaintiff.

## SECOND CAUSE OF ACTION

Violation of FCRA 15 U.S.C. SEC. 1681 b

**As against Defendant(s):** CASHCALL INC.

31. Plaintiff re-alleges and incorporates paragraph 9-26. Plaintiff is a consumer within the meaning of the FCRA 15 U.S.C. sec. 1681a (c). CASHCALL INC. is a furnisher of information within the meaning of the FCRA 15 U.S.C. sec. 1681 s-2

32. Plaintiff re-alleges and incorporates paragraph 9-26. Plaintiff did not Initiate a firm offer of credit (loan, credit card) with defendant. Plaintiff did not Initiate firm offer of insurance with defendant. Plaintiff did not initiate employment with defendant. Defendant was not directed by a court order to pull plaintiff consumer report. Defendant is no gov't agency under USA Patriot Act reply: UNITED STATES v. McNeil 362 F.3d 570 "9th Circuit Court of Appeals"

33.  Plaintiff re-alleges and incorporates paragraph 9-26. Based on the foregoing consumer credit report. Defendant willfully violated the FCRA. Defendant violations include, but are not limited to the following: CASHCALL INC. willfully violated 15 U.S.C. sec. 1681b(f) by obtaining plaintiff consumer report without a permissible purpose as defined by 15 U.S.C. sec. 1681b

11

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### THIRD CAUSE OF ACTION

Violation Civil Liabilities for non-compliance 15 U.S.C. sec. 1681 o, n

**(As against Defendant(s)**: CASHCALL INC.

34. Plaintiff re-alleges and incorporates paragraph 9 -26. Plaintiff is a consumer within the meaning of the FCRA 15 U.S.C. sec. 1681a (c). CASHCALL INC. is a furnisher of information within the meaning of the FCRA 15 U.S.C. sec. 1681 s-2

35. Plaintiff re-alleges and incorporates paragraph 9-26. CASHCALL INC. unreasonable procuring or causing to be procured an investigative consumer report without clearly and accurately disclosing to plaintiff that the report had been requested.

36. Plaintiff re-alleges and incorporates paragraph 9-26. CASHCALL INC. without informing plaintiff of the right to request disclosure in violation 15 U.S.C. sec 1681d q. Actions on the part of defendant demonstrates a unreasonable disregard for federal law and constitutes a blatant attempt to injure or ruin the credit rating of plaintiff since defendant has demonstrated an inability to validate the alleged debt and subsequently attempted coerce payment. 15 U.S.C sec. 1681n

12

## REQUEST FOR RELIEF

37.  That this court grant judgement against defendant for first claim for relief 1) Actual damages determined by jury 2.) Punitive & Statutory damages 15 U.S.C. sec. 1692 d (1) 1692 f (6) Remedies 1692 k, Rosenthal Act $1,000.00 per statute 3.) legal cost and fees. 4.) Any relief as the court see fit. 5.) Cal. Civ Code 1788.30(b)

38.  That this court grants judgement against defendant for: second claim for relief 1.) Actual damages to be determined by jury 2.) Punitive and Statutory damages FCRA 15 U.S.C. sec. 1681b $1000.00 3.) court fees and cost 4.) Any relief as court see fit. 5.) Cal Civ. Code § 1785.25

39.  That this court grants judgment against Defendants for: Third claim for relief 1.) Actual damages to be determined by jury 2.) punitive & statutory damages pursuant 15 U.S.C. sec 1681o $1,000.00 3.) court fees and cost. 4.) Any relief as court sees fit.

13

Date: 8/11/2014

Sign: _Tandy Jones_

Print Name: Tandy Jones

## DEMAND FOR JURY TRIAL

Plaintiff hereby request a jury trial on all issues raised in this complaint

Date: 8/11/2014

Sign: _Tandy Jones_

Print Name: Tandy Jones

14

Ex. No

15.

0404921183

Page 10 of 22

**Experian**
A world of insight

Prepared for: **TANDY TALONE JONES**
Date: **June 12, 2014**
Report number: **1448-3315-56**

Your accounts that may be considered negative (continued)

---

**CASHCALL INC**
1 CITY BLVD W
ORANGE CA 92868
**Phone number**
(949) 752 4600
**Partial account number**
34...
**Address identification number**
0175811680
Sold to: GCFS

| Date opened | Type | Credit limit or | Recent balance | Responsibility |
|---|---|---|---|---|
| Jan 2006 | Note Loan | original amount | Not reported | Individual |
| **First reported** | **Terms** | $2,600 | | **Status** |
| Oct 2006 | 42 Months | **High balance** | | Closed. $1,874 written off. |
| **Date of status** | **Monthly** | Not reported | | **Comment:** |
| Feb 2010 | **payment** | | | Purchased by another lender. |
| | Not reported | | | This item was updated from our processing of your dispute in |
| | | | | Sep 2013. |

**Payment history**
2010    2009
FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT
ND ND ND ND ND ND ND OK OK OK OK

2008
MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR
ND ND OK OK OK OK OK OK

---

**LA FINANCIAL CRDT UNION**
1520 W COLORADO BLVD FL 1
PASADENA CA 91105
No phone number available
**Partial account number**
35491472...
**Address identification number**
0175811680

| Date opened | Type | Credit limit or | Recent balance | Responsibility |
|---|---|---|---|---|
| Mar 2008 | Secured Loan | original amount | Not reported | Individual |
| **First reported** | **Terms** | $1,791 | | **Status** |
| Mar 2008 | Not reported | **High balance** | | Paid, Closed. |
| **Date of status** | **Monthly** | Not reported | | This item remained unchanged from our processing of your |
| Apr 2009 | **payment** | | | dispute in Sep 2013. |
| | Not reported | | | |

**Payment history**
2009    2008
APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR
OK OK OK OK OK OK
CLS OK CLS CLS

---

**LA FINANCIAL CRDT UNION**
1520 W COLORADO BLVD FL 1
PASADENA CA 91105
No phone number available
**Partial account number**
438412000200...
**Address identification number**

| Date opened | Type | Credit limit or | Recent balance | Responsibility |
|---|---|---|---|---|
| Dec 2011 | Credit card | original amount | Not reported | Individual |
| **First reported** | **Terms** | $500 | | **Status** |
| Dec 2011 | Not reported | **High balance** | | Paid, Closed. |
| **Date of status** | **Monthly** | $834 | | **Comment:** |
| Dec 2013 | **payment** | | | Account closed at credit grantor's request. |
| | Not reported | | | |

**Payment history**
2013    2012    2011
DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC
CLS CLS OK OK OK OK OK OK OK OK

*Recently Credit Reporting*

*Ex. 11*



**Experian**
A world of insight

| Logout | Report Summary | Potentially Negative Items | Accounts in Good Standing | Requests for Your Credit History | Personal Information | Your Personal Statement | Get Credit Monitor | Get Credit Score |

## Potentially Negative Items or Items for Further Review



Are you at risk for
**IDENTITY THEFT?**

**Low-Risk**

Help reduce your risk with **ProtectMyID**™ from Experian®

**Get Protected ➡**
with enrollment in PMID

⚫ Experian

❓ What does potentially negative or items for further review mean?    ❓ What if I feel there is an error?

❓ What if I think listed accounts are duplicates?

Experian credit report prepared for
**TANDY TALONE JONES**

Your report number is
**1448-3315-56**

Report date: **August 10, 2014**

**Credit Report Toolkit:**
Print your report
Credit Education
Know your rights
Credit Fraud Center

Item Detail          **Dispute this item >>**

CASHCALL INC

**Add Triple Alert**℠ **Credit Monitoring** for only $4.95 per month!

**GET IT NOW! ➡**

**Address:**
1 CITY BLVD W
 ORANGE, CA 92868
(949) 752-4600

**Account Number:**
34....

**Address Identification Number:** 0175811680

**Get your VantageScore**® Credit Score for only $7.95

**GET IT NOW! ➡**

**Status:**
Closed. $1,874 written off.

| | | |
|---|---|---|
| **Date Opened:** 01/2006 | **Type:** Note Loan | **Credit Limit:** $2,600 |
| **Date of Status:** 02/2010 | **Terms:** 42 Months | **High Balance:** N/A |
| **Reported Since:** 10/2006 | **Monthly Payment:** $0 | **Recent Balance:** N/A |
| **Last Reported Date:** 02/2010 | **Responsibility:** Individual | **Recent Payment:** N/A |

**Comment:**
Purchased by another lender.

**Payment history legend**

OK   Current/Terms of agreement met    VS   Voluntarily surrendered

16

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To E. Freeman

Street, Apt. No.; or PO Box No. P.O. Box 2002

City, State, ZIP+4 Allen, TX 75013

PS Form 3800, August 2006    See Reverse for Instructions

7013 1710 0000 2992 0295

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To T. Robinson

Street, Apt. No.; or PO Box No. P.O. Box 2600

City, State, ZIP+4 Chester, PA 19022-2600

PS Form 3800, August 2006    See Reverse for Instructions

7013 1710 0000 2992 5E37

---

Pacific Palisades Postal Store
Pacific Palisades, California
902729995
0544050241-0009/
(310)459-7607    02:33:00 PM

05/27/2014    Sales Receipt
Product          Sale      Unit      Final
Description      Qty       Price     Price

CRUM LYNNE PA 19022 Zone 8               $0.49
First-Class Mail letter
0.90 oz.
Expected Delivery: Fri 05/30/14
@@ Certified                             $3.30
USPS Certified Mail #:
70131710000126625637

Issue PVI:                               $3.79

ALLEN TX 75013-2002 Zone-6              $0.98
First-Class Mail Large Env
0.90 oz.
Expected Delivery: Fri 05/30/14
@@ Certified                             $3.30
USPS Certified Mail #:
70131710000126625620

Issue PVI:                               $4.28

Total:                                   $8.07

Paid by:
Debit Card                               $8.07
Account #:           XXXXXXXXXXXX4340
Approval #:          241001
Transaction #:       121
23 903100578
Receipt#              001276

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to usps.com/clicknship
to print shipping labels with postage. For
other information call 1-800-ASK-USPS.
****************************************
****************************************
****************************************
Get your mail when and where you want it

2nd dispute
USPS Credit
Bureau

17

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ $0.44 |
| Certified Fee | $3.30 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $3.79 |

Postmark Here

LOS ANGELES, CA 90027
JUL 16 2014
LOS FELIZ STATION

Sent To  Castal Call, Inc.
Street, Apt. No.; or PO Box No.  1600 S. Douglass Rd.
City, State, ZIP+4  Anaheim CA 92806

PS Form 3800, August 2006                See Reverse for Instructions

7013 1710 0000 2661 1470

---

ANAHEIM CA 92806-5948 Zone-1
First-Class Mail Letter
0.30 oz.
Expected Delivery: Fri 07/18/14                $0.49
@@ Certified                                   $3.30
@@ Certified Mail
USPS Certified Mail #:
70131710000126611470
                                               ========
Issue PVI:                                     $3.79
                                               ========

Total:                                         $7.58

Paid by:
Debit Card                                     $7.58
Account #:          XXXXXXXXXXXX4348
Approval #:         432064
Transaction #:      781
23 903200178
Receipt#:           004077

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.
*********************************
*********************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting cards
available for purchase at select Post
Offices.
*********************************
*********************************

2nd letter to Defendant

18.